BOWLER, Respondent, *v.* WILCOX, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Henry F. Bowler against Frank E. Wilcox.

No opinion.    Order reversed, with $10 costs and disbursements.

---

FEEK, Respondent, *v.* MANLEY, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Andrew J. Feek against John Manley.

No opinion.    Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.    Held, (1) that whether there was a conversion of the sulky by the defendant should have been submitted to the jury; (2) it was error to exclude the opinion of the witness Sanwald as to the value of the sulky.    See 16 N. Y. Supp. 952.

---

GALLUP, Respondent, *v.* BRONSON, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by James Gallup against Selah M. Bronson.

No opinion.    Judgment and order affirmed, with costs.

---

HALL, Respondent, *v.* LONDON ASSUR. CO., Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Malinda Hall against the London Assurance Company.

No opinion.    Judgment and order affirmed, with costs.

---

HESS, Respondent, *v.* UNITED LIFE & ACC. INS. ASS'N, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Solomon Hess against the United Life & Accident Insurance Association.

No opinion.    Judgment and order affirmed, with costs.

---

KENNEDY, Respondent, *v.* MCNAMARA, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Ellen Kennedy against Thomas McNamara.

No opinion.    Judgment affirmed, with costs.

---

LONG, Respondent, *v.* HERRING, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by James Long against Charles Herring.

No opinion.    Judgment affirmed, with costs.

---

LUMBARD, Respondent, *v.* MILLER, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Ralph S. Lumbard against Phineas M. Miller.

No opinion.    Judgment affirmed, with costs.

---

MARTIN, Appellant, *v.* MANUFACTURERS' ACCIDENT INDEMNITY CO., Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Eliza A. Martin against the Manufacturers' Accident Indemnity Company.

No opinion.    Judgment reversed, and a new trial ordered, with costs to abide the event.    For former report, see 15 N. Y. Supp. 309.